# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| Erin Sanders, | Case No. 3:21-cv-00372-SMY |
| Plaintiff, | Honorable Staci M. Yandle |
| v. | |
| AmSher Collection Services, Inc., | **NOTICE OF SETTLEMENT** |
| Defendant. | |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: May 12, 2021

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq. (Ohio Bar No. 0079315)
Hyslip Legal, LLC
1309 Park St., Suite A
McHenry, IL 60050
Phone: 614-490-4224
Email: jeffrey@hysliplegal.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

 I hereby certify that on, May 12, 2021, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

Morgan I. Marcus
Sessions Israel & Shartle
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604

*Counsel for Defendant*

                    /s/ Jeffrey S. Hyslip