UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| Erin Sanders,<br><br>　　Plaintiff,<br><br>v.<br><br>AmSher Collection Services, Inc.,<br><br>　　Defendant. | Case No.  3:21-cv-00372-SMY<br><br>Honorable Staci M. Yandle<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

Date: May 24, 2021　　　　　　　　　By:  /s/ Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip, Esq. (Ohio Bar No. 0079315)
　　　　　　　　　　　　　　　　　　Hyslip Legal, LLC
　　　　　　　　　　　　　　　　　　1309 Park St., Suite A
　　　　　　　　　　　　　　　　　　McHenry, IL 60050
　　　　　　　　　　　　　　　　　　Phone: 614-490-4224
　　　　　　　　　　　　　　　　　　Email: jeffrey@hysliplegal.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on May 24, 2021, I electronically filed the foregoing Notice.  Service of this filing will be made by the Court's CM/ECF System upon the following:

Morgan I. Marcus
Sessions Israel & Shartle
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604

*Counsel for Defendant*

                    /s/ Jeffrey S. Hyslip