IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIN SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 21-cv-372-SMY |
| AMSHER COLLECITON SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal (Doc. 18), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** May 24, 2021

**MARGARET M. ROBERTIE,**
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

2021.05.24
14:52:53 -05'00'

**STACI M. YANDLE**
**DISTRICT JUDGE**